IN RE:  FILED  CASE NO. 09-50019

ERNEST JOSEPH HINDINGER  2011 JAN 14 PM 2:08  CHAPTER 7
MARGARET JEAN HINDINGER
    Debtors  REPORT OF UNCLAIMED
U.S. BANKRUPTCY COURT  DIVIDEND
NORTHERN DISTRICT OF OHIO
AKRON

    Harold A. Corzin, Trustee herein, reports that check #107 was issued on September 27, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #114 to the Clerk of Courts in the amount of $503.55 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                        /s/
                              HAROLD A. CORZIN, TRUSTEE
                              304 N. Cleveland-Massillon Road
                              Akron, Ohio 44333
                              (330) 670-0770
                              (330) 670-0297 Facsimile
                              Hcorzin@csu-law.com

January 10, 2011

cc: U. S. Trustee

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 09-50019 - HINDINGER, ERNEST JOSEPH

| Account No. | Check No. | Issued | Payee | | | | |
|---|---|---|---|---|---|---|---|
| 9200-02574635-66 | 114 | 01/10/11 | U. S. BANKRUPTCY COURT | | | | Check Amount $503.55 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02574635-66 8 | 107 | | 06/08/09 | 610 | CHASE BANK USA PO BOX 15145 WILMINGTON, DE 19850 | 11,316.93 | 11,316.93 | 503.55 | 503.55 |

Ck #114
Receipt #8205 7

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.